No. 03–7320. DERIAN v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–7321. CARTER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 03–7322. EVANS v. SUPREME COURT OF OHIO ET AL. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 03–7326. GUNDERSON v. FABIAN, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 03–7336. ARNOLD v. WEST VIRGINIA. Cir. Ct. Roane County, W. Va. Certiorari denied.

No. 03–7337. MAJETTE v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–7340. WHITEHEAD v. SWYGERT ET AL. Ct. App. D. C. Certiorari denied.

No. 03–7344. SIAS v. ZENITH INSURANCE CO. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 03–7345. STRINGER v. HERBERT. C. A. 5th Cir. Certiorari denied.

No. 03–7346. SCOTT v. FEDERAL EXPRESS CORP. C. A. 8th Cir. Certiorari denied.

No. 03–7348. COPELAND v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 03–7349. DUMONT v. SCOTTSDALE INSURANCE CO. ET AL. App. Ct. Conn. Certiorari denied.

No. 03–7351. BLUE-SKY v. HENRY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7352. CHUA-ZULUETA v. ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 03–7357. LOVE v. DAVIS, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.